## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| LUMIMOVE, INC., d/b/a WPC TECHNOLOGIES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, | ) ) ) ) ) ) ) Court No. 24-00105 ) ) ) ) ) ) ) ) |

TO:   The Attorney General, the Department of Commerce,
         and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below:

/s/Mario Toscano
Clerk of the Court

1. **Name and Standing of Plaintiff**

Plaintiff WPC Technologies ("WPC" or "Petitioner") is a U.S. manufacturer of corrosion-inhibiting pigments and stain inhibitors. WPC participated in the U.S. Department of Commerce's ("Commerce") administrative review from which this case arises, and it has standing to commence this action pursuant to 28 U.S.C. §2631(c), 19 U.S.C. § 1516a(a)(2)(A)(i) and 19 U.S.C. § 1516a(d).

2. **Brief Description of Contested Determination**

Plaintiff contests Commerce's final results in the 2021-2022 administrative review of the antidumping order on strontium chromate from Austria.

3. **Date of Relevant Determination**

The date of the contested determination is May 14, 2024. *See Decision Memorandum for the Final Results of the Administrative Review of the Antidumping Duty Order on Strontium Chromate from Austria; 2021-2022* (Case No. A-433-813) (May 14, 2024).

4. **<u>Date of Publication in Federal Register of Notice of Contested Determination</u>**

Commerce published the contested determination in the Federal Register on May 21, 2024.  *See Strontium Chromate From Austria: Final Results of Antidumping Duty Administrative Review; 2021-2022* (Case No. A-433-813), 89 F.R. 44631 (May 21, 2024).  This summons is timely filed within 30 days of the publication in the Federal Register pursuant to 19 U.S.C. § 1516a(a)(2)(A).

Respectfully submitted,

/s/Nithya Nagarajan
Nithya Nagarajan
HUSCH BLACKWELL LLP
1801 Pennsylvania Ave., N.W.
Suite 1000
Washington, D.C. 20006
Tel: 202.378.2409
Email: nithya.nagarajan@huschblackwell.com